**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION**

| | |
|---|---|
| MATTHEW AARON HENDERSON, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, <br><br> Defendants. | **Case No.**: 4:26-cv-00008-DC-DF <br><br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

Plaintiff Matthew Aaron Henderson and Defendant Experian Information Solutions, Inc. ("Experian"), have resolved the claims between them in this matter. Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Matthew Aaron Henderson and Defendant Experian, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Experian only.

Plaintiff and Defendant Experian have agreed that all attorneys' fees and costs are to be paid as indicated in the parties' settlement agreement and release.

RESPECTFULLY SUBMITTED on this 4th day of June, 2026.

*/s/ Nisan Zaghi*
Nisan Zaghi, Bar # 5711072NY
CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: (718) 925-0276
F: (718) 247-8020
E: nzaghi@consumerattorneys.com

*Attorneys for Plaintiff,*
*Matthew Aaron Henderson*

*/s/ Tanner J. Wadsworth*
Tanner J. Wadsworth (TX Bar No. 24115580)
Rebecca W. Anthony (TX Bar No. 24093345)
JONES DAY
2727 N. Harwood St., Ste. 500
Dallas, Texas 75201
Telephone: (214) 220-3939
Fax: (214) 969-5100
twadsworth@jonesday.com
ranthony@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS PLLC**

*/s/ Nisan Zaghi*