**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS**

MATTHEW AARON HENDERSON,

    Plaintiff,

  vs.

EQUIFAX INFORMATION SERVICES,
LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., and TRANS UNION
LLC,

    Defendants.

Civil Case No.: 4:26-cv-00008-DC-DF

**NOTICE OF WITHDRAWAL/
SUBSTITUTION**

   PLEASE TAKE NOTICE that the undersigned, Noah Kane, hereby withdraws as counsel of record for Plaintiff Matthew Aaron Henderson in the above-captioned action.

   The undersigned appeared in this action on behalf of Plaintiff while associated with Consumer Attorneys (*see* ECF No. 1). The undersigned separated from Consumer Attorneys and no longer practices with that firm.

   Nisan C. Zaghi of Consumer Attorneys has already appeared on behalf of Plaintiff (*see* ECF No. 23) and remains counsel of record for Plaintiff. The undersigned asserts no retaining or charging lien.

   The undersigned respectfully requests that the Court note and approve this withdrawal and that the Clerk terminate the undersigned's appearance and CM/ECF notifications in this action. This Notice will be served on counsel of record via CM/ECF.

Dated: 6/9/2026

          */s/Noah Kane*
          Noah Kane
          **Kane Law Firm LLC**
          411 Hackensack Avenue, Suite 200
          Hackensack, NJ 07601
          T: (267) 832-2657
          E: noah@nkanelaw.com